## IN THE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DIESEL GRINDING SERVICES, LLC, | |
|     Plaintiff, | Case No. 1:23-cv-02165-DAP |
| v. | Judge Dan Aaron Polster |
| ED'S EQUIPMENT, INC., | |
| and | |
| JOHN DOE, | |
|     Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Diesel Grinding Services, LLC hereby gives notice that the above-styled action is voluntarily dismissed without prejudice.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin (0072870)
Savannah Fox (0097716)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1100 Superior Ave.
Suite 2000
Cleveland, OH 44114
Tel:    216.304.6153
Fax:    216.553.4275
dustin.rawlin@nelsonmullins.com
savannah.fox@nelsonmullins.com

*Attorneys for Plaintiff Diesel Grinding Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Court's CM/ECF system on November 17, 2023, which will send notification of filing to those attorneys registered with the Court on November 17, 2023.

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin (0072870)

*Attorneys for Plaintiff Diesel Grinding Services, LLC*