**IN THE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DIESEL GRINDING SERVICES, LLC, <br><br> Plaintiff, <br> v. <br> ED'S EQUIPMENT, INC., <br> and <br> JOHN DOE, <br><br> Defendants. | Case No. 1:23-cv-02165-DAP <br><br> Judge Dan Aaron Polster <br><br> **APPROVED.** <br> **It is SO ORDERED.** <br> **s/Dan Aaron Polster** <br> **United States District Judge** <br> **11/17/2023** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Diesel Grinding Services, LLC hereby gives notice that the above-styled action is voluntarily dismissed without prejudice.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin (0072870)
Savannah Fox (0097716)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1100 Superior Ave.
Suite 2000
Cleveland, OH 44114
Tel: 216.304.6153
Fax: 216.553.4275
dustin.rawlin@nelsonmullins.com
savannah.fox@nelsonmullins.com

*Attorneys for Plaintiff Diesel Grinding Services, LLC*